

# United States District Court
# Eastern District of California

| EMERGY, Inc. d/b/a MEATI FOODS |
| --- |

Plaintiff(s)

Case Number: | 2:21-cv-02417-KJM-CKD |

V.

| The Better Meat Co. and Augustus Pattillo |
| --- |

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Deanna C. Smiley _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

EMERGY, INC. d/b/a MEATI FOODS

On ___10/15/2021___ (date), I was admitted to practice and presently in good standing in the

___Supreme Court of Virginia___ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

a concurrent application is being submitted in The Better Meat Co. v. Emergy Inc. et al

2:21-cv-02338-KJM-CKD

Date: 3/11/2022 _____   Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Deanna C. Smiley

Law Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 1875 Explorer Street, Suite 800

City: Reston     State: VA     Zip: 20190-6023

Phone Number w/Area Code: (571) 203-2717

City and State of Residence: Leesburg, VA

Primary E-mail Address: Deanna.Smiley@finnegan.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jeffrey D. Smyth

Law Firm Name: Finnegan, Henderson, Farabow, Garrett & Dunner, LLP

Address: 3300 Hillview Avenue

City: Palo Alto     State: CA     Zip: 94304

Phone Number w/Area Code: (650) 849-6600     Bar #: 280665

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  March 24, 2022

CHIEF UNITED STATES DISTRICT JUDGE